UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-po-00466-KJN |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE |
| ) | INITIAL APPEARANCE |
| v. ) | |
| ) | |
| DONAVAN D. BARRETT, ) | DATE:  December 14, 2021 |
| ) | TIME:  9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:21-po-00466-KJN is GRANTED.

It is further ordered that the initial appearance scheduled on December 14, 2021, at 9:00 a.m., is vacated.

IT IS SO ORDERED.

Dated:  December 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE